UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00196-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN DEHAVEN,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing is rescheduled for **Thursday, June 10, 2010, at 11:30 a.m.**

    Dated: May 19, 2010.