UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00196-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN DEHAVEN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to the scheduling of the Probation Office Annual District Conference, the Sentencing Hearing set for **Tuesday, August 31, 2010 at 11:00 a.m.** is **VACATED** and **RESET** for **Friday, September 3, 2010, at 9:00 a.m.**

    Dated: July 20, 2010