UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00196-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN DEHAVEN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Sentencing Hearing set for **Friday, September 3, 2010, at 9:00 a.m.** is **RESET** for **Friday, September 3, 2010, at <u>10:00 a.m.</u>**

    Dated: September 1, 2010