**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-cr-00196-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN DEHAVEN,

    Defendant.

## ORDER GRANTING ONE-POINT REDUCTION IN OFFENSE LEVEL

Upon consideration of the Government's Motion for Additional One-Point Reduction in Offense Level [doc. #27], filed August 30, 2010, pursuant to U.S.S.G. § 3E1.1(b), and for good cause shown, it is hereby

ORDERED that Government's Motion for Additional One-Point Reduction in Offense Level [doc. #27], filed August 30, 2010, is **GRANTED.** It is further

ORDERED that an additional one-point reduction in the defendant's offense level is granted.

DATED this 3rd day of September, 2010.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              CHIEF UNITED STATES DISTRICT JUDGE